| Attorney or Party without Attorney:<br>Joseph P. Guglielmo, Esq., Bar #JG 2447<br>Scott + Scott, LLP<br>The Chrysler Building<br>405 Lexington Avenue, 40th Floor<br>New York, NY 10174<br>Telephone No: 212-223-6444   FAX No: 212-223-6334 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | | |
| Plaintiff: James Martin, et al. | | | | | |
| Defendant: NQ Mobile, Inc., et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>13CIV8125 | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint; Individual Practices of Judge William H. Pauley, III: Standing Order re Pilot Project for Case Management Techniques for Complex Civil Cases; ECF Rules and Instructions

3. a. Party served: Oppenheimer Holdings, Inc.
   b. Person served: Michelle Alvarez, Paralegal / Authorized to Accept Service of Process, Caucasian, Female, 30 Years Old, Blond Hair, 5 Feet 5 Inches, 150 Pounds

4. Address where the party was served: 85 Broad Street
   New York, NY 10004

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Nov. 21, 2013 (2) at: 1:30PM

7. *Person Who Served Papers:*
   a. Connie Asaro
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

   12-2-13   (Signature)

8. STATE OF NEW YORK, COUNTY OF New York
   Subscribed and sworn to (or affirmed) before me on this 2ND day of DECEMBER, 2013 by Connie Asaro
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   MICHAEL KEATING
   Notary Public, State of New York
   Reg. No. 01-KE-4851559
   Qualified in New York County
   Commission Expires February 3, 20 14

   AFFIDAVIT OF SERVICE
   Summons / Complaint

   (Notary Signature)   josgug.139243